## EXHIBIT A

## STATEMENT FROM VENULUM
## OF WINE INVESTMENT



# VENULUM
WINE

| Client A/C: | 0983 |
|---|---|

| Client Name: | Bernard M. Eisen DDS |
|---|---|
| Company Name: | |
| Address: | 69 Alran Drive |
| City: | Williamsville |
| State: | NY |
| Zip: | 14221 |

| Sales Contract #: | 19144 |
|---|---|

| Deposit Paid | $122,480.64 |
|---|---|
| Controlled Value | $382,752.00 |
| Installment | $65,067.84 |

| Stock ID | Description | Vintage | Cases | Deposit | Controlled Value | Installment Amount | Buy # |
|---|---|---|---|---|---|---|---|
| 100026 | Château d'Yquem | 1997 | 1 | $1,710.72 | $5,346.00 | $908.82 | 15066 |
| 100266 | Château Cheval Blanc | 2000 | 1 | $7,516.80 | $23,490.00 | $3,993.30 | 15066 |
| 100336 | Château Lafite Rothschild | 1996 | 1 | $6,739.20 | $21,060.00 | $3,580.20 | 15066 |
| 100409 | Penfolds Bin 95 Grange (Hermitage) | 1998 | 1 | $1,814.40 | $5,670.00 | $963.90 | 15066 |
| 100462 | Château Mouton Rothschild | 1986 | 1 | $6,220.80 | $19,440.00 | $3,304.80 | 15066 |
| 100464 | Château Haut-Brion | 1989 | 1 | $8,985.60 | $28,080.00 | $4,773.60 | 15066 |
| 100468 | Petrus | 1989 | 1 | $25,920.00 | $81,000.00 | $13,770.00 | 15066 |
| 100473 | Château Latour | 1990 | 1 | $5,961.60 | $18,630.00 | $3,167.10 | 15066 |
| 100476 | Château Margaux | 1990 | 1 | $8,190.72 | $25,596.00 | $4,351.32 | 15066 |
| 100613 | Château Lafite Rothschild | 1982 | 1 | $18,576.00 | $58,050.00 | $9,868.50 | 15066 |
| 100614 | Château Latour | 1982 | 1 | $14,774.40 | $46,170.00 | $7,848.90 | 15066 |
| 101201 | Château Lafite Rothschild | 2000 | 1 | $10,368.00 | $32,400.00 | $5,508.00 | 15066 |
| 101205 | Château Latour | 1996 | 1 | $5,702.40 | $17,820.00 | $3,029.40 | 15066 |

| Amount Sold For | Method of Payment | Date Payment Received |
|---|---|---|
| $122,480.64 | Funds On Account | 24-Mar-10 |



FOR & ON BEHALF OF Venulum

**Date of Issue:** 24-Mar-10

## Venulum Ltd.
Palm Grove House, P.O. Box 438, Road Town, Tortola, British Virgin Islands VG1110
Incorporation Number: 492074

Terms: Delivery of Parcel. Venulum Ltd. shall not be required to arrange for or effect Delivery of any Parcel until the whole of the Purchase Price of such Parcel has been paid in full. Delivery shall in all cases be ex Cellars, except that Delivery in the case of wines or champagnes held by Venulum Ltd. at a Storage Location shall be ex Storage Location.

Failure to pay the Unpaid Balance Installments when due, may result in the loss of the Installments paid to date, as liquidated damages, not penalty. All Deposit payments are non-refundable. Goods supplied in U.K. warehouse. The content of this document is strictly confidential. This agreement is subject to our standard terms and conditions as supplied in the account opening form. Further copies are available on request. Please note: Past performance is not necessarily indicative of future gain.

Special Conditions: The parties agree the contract intention is to sell the wine. The parties agree that the client does not anticipate physical delivery of the wine. In the event that a buyer for the wine cannot be found, the client will be required to pay the unpaid balance on the due date. The contract is transferable.

© Copyright Venulum Ltd.   E & O Accepted



| Client A/C. | :0983 |
| --- | --- |

| Client Name: | Bernard M. Eisen DDS |
| --- | --- |
| Company Name: | |
| Address: | 69 Airan Drive |
| City: | Williamsville |
| State: | NY |
| Zip: | 14221 |

| Purchase Invoice #: | 15066 |
| --- | --- |

| Deposit Paid | $122,480.64 |
| --- | --- |
| Controlled Value | $382,752.00 |
| Installment | $65,067.84 |

| Stock ID | Description | Vintage | Cases | Deposit | Controlled Value | Installment Amount | Due Date |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 100613 | Château Lafite Rothschild | 1982 | 1 | $18,576.00 | $58,050.00 | $9,868.50 | 08-Apr-09 |
| 100614 | Château Latour | 1982 | 1 | $14,774.40 | $46,170.00 | $7,848.90 | 08-Apr-09 |
| 100462 | Château Mouton Rothschild | 1986 | 1 | $6,220.80 | $19,440.00 | $3,304.80 | 08-Apr-09 |
| 100464 | Château Haut-Brion | 1989 | 1 | $8,985.60 | $28,080.00 | $4,773.60 | 08-Apr-09 |
| 100468 | Petrus | 1989 | 1 | $25,920.00 | $81,000.00 | $13,770.00 | 08-Apr-09 |
| 100473 | Château Latour | 1990 | 1 | $5,961.60 | $18,630.00 | $3,167.10 | 08-Apr-09 |
| 100476 | Château Margaux | 1990 | 1 | $8,190.72 | $25,596.00 | $4,351.32 | 08-Apr-09 |
| 100336 | Château Lafite Rothschild | 1996 | 1 | $6,739.20 | $21,060.00 | $3,580.20 | 08-Apr-09 |
| 101205 | Château Latour | 1996 | 1 | $5,702.40 | $17,820.00 | $3,029.40 | 08-Apr-09 |
| 100266 | Château Cheval Blanc | 2000 | 1 | $7,516.80 | $23,490.00 | $3,993.30 | 08-Apr-09 |
| 101201 | Château Lafite Rothschild | 2000 | 1 | $10,368.00 | $32,400.00 | $5,508.00 | 08-Apr-09 |
| 100026 | Château d'Yquem | 1997 | 1 | $1,710.72 | $5,346.00 | $908.82 | 08-Apr-09 |
| 100409 | Penfolds Bin 95 Grange (He | 1998 | 1 | $1,814.40 | $5,670.00 | $963.90 | 08-Apr-09 |

| Amount | Method of Payment | Date Payment Received |
| --- | --- | --- |
| $119,950.18 | Funds From Account | 07-Oct-08 |
| $2,530.46 | Credit | 07-Oct-08 |



FOR & ON BEHALF OF Venulum

Date of Issue:  07-Oct-08

## Venulum Ltd.
4th Floor, Rodus Building, P.O. Box 765, Road Reef, Road Town, Tortola, British Virgin Islands
Incorporation Number: 492074

Terms: Failure to pay the installments when due will result in the loss of the Contract Premium. All option payments are non-refundable. Goods supplied in U.K. warehouse. The content of this document is strictly confidential. This agreement is subject to our standard terms and conditions as supplied in the account opening form. Further copies are available on request. Please note: Past performance is not necessarily indicative of future gain.

Special Conditions: The parties agree the contract intention is to trade the margin and or the wine. The parties agree that the client does not anticipate physical delivery of the wine. In the event that a buyer for the contract or the wine cannot be found, the client will be required to pay the unpaid balance on the due date. The contract is transferable.

© Copyright Venulum Ltd.  E&O Accepted