



July 15, 2016

**Fax: 585-613-4325**

Hon. Elizabeth Wolford
U.S. District Court
U.S. Courthouse
100 State Street
Rochester, NY 14614

**RECEIVED**
**ELIZABETH A. WOLFORD**

**JUL 1 5 2016**

Re: Eisen v, Venulum Ltd., et al.
Case No. 1:16-CV00461EAW

United **States** District Judge
Western District of New York

Dear Judge Wolford:

The undersigned is counsel to the Plaintiff in the above-referenced matter. I received the Court's Scheduling Order in connection with Defendants' Motion to Dismiss; that Order sets the deadline for Plaintiff's Response to the Motion on August 2.

I am writing to request an extension of that deadline; I am scheduled to be out of town after July 27, returning on August 4. I ask that the Court extend the Plaintiff's deadline for a response by 10 days to August 12 - with a concomitant extension of Defendants' replies to August 26. I have been in communication with defense counsel who consents to my request, and agrees with this proposal.

If this is acceptable to the Court, I ask that you sign this letter at the bottom for filing. I very much appreciate your courtesies in this regard.

Very truly yours,

KAVINOKY COOK LLP

David G. Brock

/cm
cc: Michael Sullivan, Esq. (msullivan@egsllp.com)

SO ORDERED:

7-15-16

Elizabeth A. Wolford, USDC