


1345 Avenue of the Americas
New York, NY 10105
Telephone: (212) 370-1300
Facsimile: (212) 370-7889
www.egsllp.com



Glen A. Sproviero
gsproviero@egsllp.com

August 24, 2016

*Via Fax: 585-613-4325*
Hon. Elizabeth A. Wolford
United States District Court
Western District of New York
Kenneth B. Keating Federal Building
100 State Street
Rochester, New York 14614

Re: *Eisen v. Venulum Ltd., et al.*, Docket No. 1:16-cv-461-EAW

Dear Judge Wolford:

We represent defendants Venulum Ltd., Giles Cadman, Mark Trotter, and Philip Serrien (collectively, "Defendants") in the above-referenced matter.

In accordance with Your Honor's Chambers Procedures, we write to request a one week extension of time for Defendants to file and serve a reply brief with respect to their motion to compel arbitration (Doc. 7). The Court previously granted a request for an extension by Plaintiff to file his responsive papers (Doc. 10), and Plaintiff consents to Defendants' present request. If granted, the new deadline by which Defendants must submit reply papers will be September 2, 2016.

If this is acceptable to the Court, we ask that you sign this letter at the bottom for filing. We very much appreciate the Court's consideration.

Respectfully yours,

Glen A. Sproviero, Esq.

cc: David G. Brock (via email)

SO ORDERED:

_____ 8-25-16
Elizabeth A. Wolford, U.S.D.J.

{00458754.DOC.1}