

**Ellenoff Grossman & Schole LLP**

1345 Avenue of the Americas
New York, NY 10105
Telephone: (212) 370-1300
Facsimile: (212) 370-7889
www.egsllp.com

Glen A. Sproviero
gsproviero@egsllp.com

October 12, 2016

RECEIVED
ELIZABETH A. WOLFORD

OCT 12 2016

United States District Judge
Western District of New York

*Via Fax: 585-613-4325*
Hon. Elizabeth A. Wolford
United States District Court
Western District of New York
Kenneth B. Keating Federal Building
100 State Street
Rochester, New York 14614

Re:   *Eisen v. Venulum Ltd., et al.*, Docket No. 1:16-cv-461-EAW

Dear Judge Wolford:

We represent defendants Venulum Ltd., Giles Cadman, Mark Trotter, and Philip Serrien (collectively, "Defendants") in the above-referenced matter.

In accordance with Your Honor's Chambers Procedures, we write to request an adjournment of the oral argument presently scheduled for Friday, October 28, 2016. Michael Sullivan of this office will be arguing the motion, but is required to be in the District of South Carolina on October 27th for a criminal matter. Mr. Sullivan will not be able to travel back to New York in time to appear before Your Honor on October 28th. We have conferred with counsel for the plaintiff who has concurred in our request. The parties jointly offer the dates of November 2nd and 4th (at any time), along with the afternoon of November 3rd, as possible alternatives. Of course, if the Court requires the parties to provide additional dates, we can do so at Your Honor's request.

We very much appreciate the Court's consideration and apologize for any inconvenience this may cause.

Respectfully yours,

Glen A. Sproviero, Esq.

cc:   David G. Brock, Esq. (counsel for Plaintiff via email)

{00458754.DOC.1}

*Oral Argument is adjourned to Nov. 4 at 12:00 PM.*

**SO ORDERED**

ELIZABETH A. WOLFORD
United States District Judge

Date 10-12-16