

1345 Avenue of the Americas<br>
New York, NY 10105<br>
Telephone: (212) 370-1300<br>
Facsimile: (212) 370-7889<br>
www.egsllp.com

Glen A. Sproviero
E-mail: gsproviero@egsllp.com

November 11, 2016

**VIA FAX: 585-613-4325**
Honorable Elizabeth A. Wolford
United States District Judge
Western District of New York
Kenneth B. Keating Federal Building
100 State Street
Rochester, New York 14614

Re:   Eisen v. Venulum Ltd., et al., No. 1:16-cv-461-EAW

Dear Judge Wolford:

We represent the defendants in the above-referenced matter and write with the consent of counsel for all parties to request a one (1) week extension of time for both plaintiff and defendants to file their supplemental briefs as ordered by the Court in its order dated November 4, 2016 (Doc. 18). If granted, the original deadline of Wednesday, November 16th would be extended to Wednesday, November 23rd.

We appreciate the Court's consideration of our request.

Respectfully,

*/s/ Glen A. Sproviero*

Glen A. Sproviero

cc: David G. Brock, Esq. (via email)

**SO ORDERED**

_____
ELIZABETH A. WOLFORD
United States District Judge

Date 11-14-16

{00474728.DOCX.1}