



1345 Avenue of the Americas
New York, NY 10105
Telephone: (212) 370-1300
Facsimile: (212) 370-7889
www.cgsllp.com

Glen A. Sproviero
E-mail: gsproviero@egsllp.com

April 7, 2017

**VIA FAX: 585-613-4325**
Honorable Elizabeth A. Wolford
United States District Judge
Western District of New York
Kenneth B. Keating Federal Building
100 State Street
Rochester, New York 14614

RECEIVED
ELIZABETH A. WOLFORD

APR 07 2017

United States District Judge
Western District of New York

Re:   Eisen v. Venulum Ltd., et al., No. 1:16-cv-461-EAW

Dear Judge Wolford:

I represent the defendants in the above-referenced matter and write with the consent of counsel for all parties to request an extension of time to answer or otherwise move with respect to the complaint in this action. Following the Court's denial of Defendants' request to compel arbitration, a response to the complaint is now due on or before April 10th. I respectfully request an additional thirty (30) days, to wit, until May 10th, to answer or otherwise respond to the complaint. I am presently in the middle of a criminal trial in the District of South Carolina and am unable to appropriately respond without an extension.

I appreciate the Court's consideration of this request.

Respectfully yours,

Glen A. Sproviero

cc: David G. Brock, Esq. (via email)

SO ORDERED
ELIZABETH A. WOLFORD
United States District Judge
Date 4-7-17

{00502148.DOCX.1}