UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

BERNARD M. EISEN, DDS,

Plaintiff,

v.

Civil Action No. 1:16-cv-461-EAW

VENULUM LTD., GILES CADMAN, individually,
MARK TROTTER, individually, and PHILLIP
SERRIEN, individually,

Defendants.

---

## STIPULATION OF VOLUNTARY DISMISSAL

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned attorneys for the respective parties in the above entitled action that, the above matter, having been settled by the Parties hereto, and whereas no party is an infant or incompetent person for whom a committee or conservator has been appointed, and no person not a party has an interest in the subject matter of the action, the said action be and the same hereby is dismissed, on the merits and with prejudice, without further costs to either party as against the other.

Buffalo, New York
October 11, 2017

New York, New York
October 24, 2017

KAVINOKY COOK LLP

By: _David C. Buol_
*Attorneys for Plaintiff*
726 Exchange Street, Suite 800
Buffalo, New York 14210
716.845.6000

ELLENOFF GROSSMAN & SCHOLE LLP

By: _____
*Attorneys for Defendants*
1345 Avenue of the Americas
New York, New York 10105
212.370.1300

So Ordered,

---